UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GERMANY GERMAINE THOMAS** | **CIVIL ACTION NO. 25-0574** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **EAST CARROLL PARISH SHERIFF'S OFFICE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 9), no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Germany Germaine Thomas's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 12th day of August, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE